UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISABELLA REBEKAH SAENZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br>A Washington Limited Liability Company,<br><br><br>Defendant. | NO.<br><br>COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL |

COMES NOW the Plaintiff, ISABELLA REBEKAH SAENZ, (hereafter referred to as "Plaintiff"), by and through her undersigned counsel, JOHNSON BECKER, PLLC and DIAMOND MASSONG, PLLC, and hereby submits the following Complaint and Demand for Jury Trial against Defendant, AMAZON.COM SERVICES, LLC (hereafter referred to as "Amazon" or "Defendant"), and alleges the following upon personal knowledge and belief, and investigation of counsel:

## I.   NATURE OF THE CASE

1.   This is a product liability action seeking recovery for personal injuries and damages suffered by Plaintiff after Plaintiff purchased and used an Baseus 65W 30000mAh portable charger (referred to hereafter as "power bank(s)" or "subject power bank") designed, manufactured, distributed, marketed, advertised, promoted, and sold by the Defendant.

2.   On or about May 1, 2025, the Consumer Products Safety Commission ("CPSC") issued a

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 1

DIAMONDMASSONG, PLLC
1325 Fourth Avenue, Suite 1744
Seattle, WA 98101
206.445.1258 Phone ⬩ 206.445.1257 Fax

recall involving the subject power bank.  The CPSC reported that "[t]he lithium-ion battery in the power bank can overheat, posing fire hazard."  A copy of the Recall Notice is attached hereto as Exhibit A and incorporated by reference.

3.      On or about June 15, 2024, Plaintiff was using the power bank consistent with its intended purpose of charging an other device when the subject power bank suddenly and unexpectedly exploded, resulting in, *inter alia*, significant burn injuries to her lower extremities. Said injuries have resulted in permanent scarring and nerve damage to Plaintiff's person.

4.      Defendant knew or should have known of these defects but has nevertheless put profit ahead of safety by continuing to sell its power banks to consumers and failing to warn said consumers of the serious risks posed by the defects to Plaintiff and consumers like her.

5.      As a direct and proximate result of Defendant's conduct, the Plaintiff incurred significant and painful bodily injuries, medical expenses, physical pain, mental anguish, and diminished enjoyment of life.

## II.      ISABELLA REBEKAH SAENZ

6.      Plaintiff is a resident and citizen of the City of San El Paso, County of El Paso, State of Texas. Plaintiff is therefore deemed to be a resident and citizen of the State of Texas for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

7.      On or about May 13, 2023, Plaintiff purchased the subject power bank directly from Amazon.com (Order No. 113-3712775-0988214).

8.      On or about June 15, 2024, Plaintiff suffered serious and substantial burn injuries as the direct and proximate result of the subject power bank entering a thermal runaway event.[1]

## III.      DEFENDANT AMAZON.COM SERVICES, LLC

---

[1] Thermal runaway refers to a chemical reaction in which a repeating cycle of excessive heat causes more heat until an explosion occurs. According to the USFA, one of the main causes of thermal runaway is the battery overheating. *See generally*, U.S. Fire Administration, "Electronic Cigarette Fires and Explosions in the United States 2009 – 2016," updated July 2017.

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 2

DIAMONDMASSONG, PLLC
1325 Fourth Avenue, Suite 1744
Seattle, WA 98101
206.445.1258 Phone ⬥ 206.445.1257 Fax

9.    Defendant Amazon markets, imports, distributes, and sells a variety of consumer products, including the subject power bank in this case.

10.    Defendant Amazon.com Services LLC is a privately held limited liability company. Its sole member is Amazon.com Sales, Inc.  Amazon.com Sales, Inc. is a privately held corporation and a wholly owned subsidiary of Amazon.com, Inc. Amazon.com, Inc. is a publicly traded corporation. It has no parent company, and no other publicly held corporation owns 10% or more of Amazon.com, Inc.'s stock.  Amazon is therefore deemed to be a resident and citizen of the State of Washington for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

11.    At all times relevant, Amazon substantially participated in the marketing, import, distribution and sale of the subject power bank, which caused Plaintiff's injuries and damages.

## IV.    JURISDICTION AND VENUE

19.    This Court has subject matter jurisdiction over this case pursuant to diversity jurisdiction prescribed by 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and there is complete diversity between the parties.

20.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendant Amazon is a resident and citizen of the State of Washington.

## V.    FACTUAL BACKGROUND

21.    Defendant is engaged in the business of marketing, importing, distributing, and selling a wide range of consumer products, including the subject "Baseus 65W 30000mAh portable charger" that is at issue in this case.

22.    Power Banks, like the subject power bank, are comprised of a series of smaller lithium-ion "cells."

23.    According to the U.S. Department of Energy, each individual lithium-ion cell is comprised of an anode, a cathode, a separator, an electrolyte, and two collectors, and, in the simplest terms, works as such:

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 3

DIAMONDMASSONG, PLLC
1325 Fourth Avenue, Suite 1744
Seattle, WA 98101
206.445.1258 Phone ⬥ 206.445.1257 Fax

The anode and the cathode store the lithium. The electrolyte carries positively charged lithium ions from the anode to the cathode and vice versa through the separator. The movement of the lithium ions creates free electrons in the anode which creates a charge at the positive current collector.  The electrical current then flows from the current collector through a device being powered (cell phone, computer, etc.) to the negative current collector. The separator blocks the flow of electrons inside the battery… While the battery is discharging and providing an electric current, the anode releases lithium ions to the cathode, generating a flow of electrons from one side to the other.  When plugging in the device, the opposite happens: Lithium ions are released by the cathode and received by the anode.[2]

24.    Lithium-ion batteries are highly-favored for use in rechargeable, portable devices because they have a high "energy density" – compared to other types of batteries, lithium-ion batteries can store a higher amount of energy in a smaller space.

25.    However, the electrolytes contained in lithium-ion cells are incredibly flammable, and lithium-ion batteries carry a significantly increased risk of explosion when compared to traditional batteries.

26.    The materials used in lithium-ion cells are, typically, thermally unstable. This instability makes lithium-ion cells particularly susceptible to a hazard known as "thermal runaway."

27.    Thermal runaway can be described as "a phenomenon in which the lithium-ion cell enters and uncontrollable, self-heating state" resulting in "[e]jection of gas, shrapnel and/or particulates (violent cell venting); extremely high temperatures; smoke; [and/or] fire."[3]

28.    Normally, in properly functioning lithium-ion cells, the only chemical action or reaction taking place is the movement of lithium ions between the positive and negative

---

[2] *See* https://www.energy.gov/energysaver/articles/how-lithium-ion-batteries-work (last accessed October 8, 2025).

[3] *See* https://ul.org/research/electrochemical-safety/getting-started-electrochemical-safety/what-thermal-runaway (last accessed October 8, 2025).

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 4

DiamondMassong, PLLC
1325 Fourth Avenue, Suite 1744
Seattle, WA 98101
206.445.1258 Phone ◆ 206.445.1257 Fax

collectors, as described above. While it is expected that the battery's normal processes will generate some heat, any heat generated should be able to dissipate from the cell.

29.     Thermal runaway occurs when a lithium-ion cell becomes so hot that it starts to self-generate heat, and heat is being generated much faster than it is dissipating.

30.     As the temperature of the cell increases, the electrolyte solution in the cell starts to decompose.  This decomposition leads to an increase in pressure inside the cell, which in turn causes the temperature of the cell to increase even further.

31.     Once a critical temperature is reached, the cell's cathode begins to shed oxygen, making the cell combustible due to the reaction between the electrolyte solution and oxygen. This release of oxygen induces a chain reaction with the electrolyte medium in the cell and as the battery continues to heat up and generate gas, the pressure within the cell continues to build-up until, eventually, the cell explodes.  In battery packs like the one used in the subject power bank, excessive heating in one cell can cause the next to fail and begin to overheat, leading to failure and destruction of the entire battery pack.

32.     A variety of factors influence a cell's susceptibility to thermal runaway, including the history of the cell (e.g., the number of total discharges and charges) or the load applied to the cell (if the cell is overcharged or over-discharged). However, thermal runaway can also occur if the lithium-ion cells are improperly designed or defectively manufactured.

33.     A well-designed and manufactured separator is supposed to melt at the point of the internal short circuit, resulting in a shutdown of the cell and prevention of thermal runaway. However, if the separator is poorly designed or constructed, it may not shut down or prevent thermal runaway.

34.     In addition, well-designed and manufactured battery packs should possess several safety features which would prevent, or greatly reduce, the risk of thermal runaway. These features include temperature sensors, voltage converters/regulator circuits, shrouded connectors, voltage taps, cell regulation within the individual cells, and properly functioning vents in the individual cells.

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 5

DIAMONDMASSONG, PLLC
1325 Fourth Avenue, Suite 1744
Seattle, WA 98101
206.445.1258 Phone ⬧ 206.445.1257 Fax

35.     If any of these features are lacking, or has been poorly designed or constructed, the results can be catastrophic.

36.     On or about June 15, 2024, Plaintiff suffered serious and substantial burn injuries to her lower extremities as the direct and proximate result of the subject power bank entering a thermal runaway event, causing it to it suddenly and unexpectedly explode.

37.     Plaintiff purchased and used the power bank with the reasonable expectation that it was properly designed and manufactured, free from defects of any kind, and that it was safe for its intended, foreseeable use as a power bank.

38.     Plaintiff used the subject power bank for its intended purpose and did so in a manner that was reasonable and foreseeable by Defendant.

39.     However, the aforementioned power bank was defectively and negligently designed and manufactured, in that it failed to properly function so as to prevent it from overheating and suddenly and unexpectedly bursting into flames or exploding; placing the Plaintiff, her family, and similar consumers in danger while using it.

40.     The subject power bank possesses defects that make it unreasonably dangerous for its intended use by consumers because of the risk the power bank will overheat, enter thermal runaway, or otherwise catch fire and/or explode.

41.     Economic, safer alternative designs were available that could have prevented the events as described herein.

42.     Defendant knew or should have known that the subject power bank possessed defects that posed a serious safety risk to Plaintiff and the public.

43.     As a direct and proximate result of Defendant's concealment of such defects, its failure to warn consumers of such defects, its negligent misrepresentations, and its failure to remove a product with such defects from the stream of commerce, Plaintiff used an unreasonably dangerous power bank, which resulted in significant and painful bodily injuries to Plaintiff.

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 6

DIAMONDMASSONG, PLLC
1325 Fourth Avenue, Suite 1744
Seattle, WA 98101
206.445.1258 Phone ⬦ 206.445.1257 Fax

44.     Consequently, Plaintiff in this case seeks damages resulting from the use of the power bank as described above, which has caused her to suffer from serious bodily injuries, medical expenses, lost wages, physical pain, mental anguish, property damage, diminished enjoyment of life, and other damages.

### VI.     CLAIMS FOR RELIEF

### COUNT I - STRICT PRODUCTS LIABILITY

45.     Plaintiff re-alleges and incorporates by reference each and every allegation contained in preceding paragraphs as though fully set forth herein.

46.     At the time of Plaintiff's injuries, the power banks marketed, imported, distributed, and sold by Defendant were defective and unreasonably dangerous for use by foreseeable consumers, including Plaintiff.

47.     The power banks, including Plaintiff's subject power bank, were in the same or substantially similar condition as when they left the possession of Defendant.

48.     Plaintiff did not misuse or materially alter the subject power bank.

49.     Plaintiff's power bank did not perform as safely as an ordinary consumer would have expected them to perform when used in a reasonably foreseeable way.

50.     Furthermore, a reasonable person would conclude that the possibility and seriousness of harm outweighs the burden or cost of making the power banks safe. Specifically:

a.  The power banks imported, distributed, marketed, supplied and/or sold by Defendant were defectively designed and placed into the stream of commerce in a defective and unreasonably dangerous condition for consumers;

b.  The seriousness of the potential burn injuries resulting from the product drastically outweighs any benefit that could be derived from its normal, intended use; and

c.  Defendant failed to properly import, distribute, market, supply, and sell the power banks, despite having extensive knowledge that the aforementioned injuries could and did occur.

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 7

DIAMONDMASSONG, PLLC
1325 Fourth Avenue, Suite 1744
Seattle, WA 98101
206.445.1258 Phone ◆ 206.445.1257 Fax

51.    Defendant's actions and omissions were the direct and proximate cause of the Plaintiff's injuries and damages.

**WHEREFORE,** Plaintiff demands judgment against Defendant for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### COUNT II - NEGLIGENCE

52.    Plaintiff re-alleges and incorporates by reference each and every allegation contained in preceding paragraphs as though fully set forth herein.

53.    Defendant had a duty of reasonable care to import, distribute, market, supply, and sell non-defective power banks that are reasonably safe for their intended uses by consumers, such as Plaintiff and her family.

54.    Defendant failed to exercise ordinary care in the import, distribution, supply, warnings, quality assurance, quality control, advertising, marketing, promotion, and sale of the subject power banks in that Defendant knew or should have known that said power banks created a high risk of unreasonable harm to Plaintiff and consumers alike.

55.    Defendant was negligent in the import, distribution, supply, advertising, warning, marketing and sale of its power banks in that, among other things, they:

    a.    Failed to use due care in importing, distributing, supplying, advertising, marketing and selling the power banks to avoid the aforementioned risks to individuals;

    b.    Placed an unsafe product into the stream of commerce; and

    c.    Were otherwise careless or negligent.

**WHEREFORE,** Plaintiff demands judgment against Defendant for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### COUNT III

### BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 8

56.     Plaintiff re-alleges and incorporates by reference each and every allegation contained in preceding paragraphs as though fully set forth herein.

57.     Defendant imported, marketed, distributed, supplied, and sold its power banks with an implied warranty that they were fit for the particular purpose of charging devices quickly, efficiently and safely.

58.     Members of the consuming public, including consumers such as Plaintiff, were the intended third-party beneficiaries of the warranty.

59.     The power banks were not fit for the particular purpose as a safe means of charging devices due to the unreasonable risks of bodily injury associated with their use as described herein in this Complaint.

60.     Plaintiff in this case reasonably relied on Defendant's representations that the power banks were a quick, effective and safe means of charging.

61.     Defendant's breach of the implied warranty of fitness for a particular purpose was the direct and proximate cause of Plaintiff's injuries and damages.

**WHEREFORE,** Plaintiff demands judgment against Defendant for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## VII.    INJURIES & DAMAGES

62.     As a direct and proximate result of Defendant's negligence and wrongful misconduct as described herein, Plaintiff has suffered and will continue to suffer physical and emotional injuries and damages including past, present, and future physical and emotional pain and suffering as a result of the incident.  Plaintiff is entitled to recover damages from Defendant for these injuries in an amount which shall be proven at trial.

63.     As a direct and proximate result of Defendant's negligence and wrongful misconduct, as set forth herein, Plaintiff has incurred and will continue to incur the loss of full enjoyment of life and disfigurement as a result of the incident. Plaintiff is entitled to recover

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 9

DIAMONDMASSONG, PLLC
1325 Fourth Avenue, Suite 1744
Seattle, WA 98101
206.445.1258 Phone ⬥ 206.445.1257 Fax

damages for loss of the full enjoyment of life and disfigurement from Defendant in an amount to be proven at trial.

64.    As a direct and proximate cause of Defendant's negligence and wrongful misconduct, as set forth herein, Plaintiff has incurred medical treatment expenses and will continue to incur expenses for medical care and treatment, as well as other expenses, as a result of the severe burns she suffered as a result of the incident. Plaintiff is entitled to recover damages from Defendant for her past, present and future medical and other expenses in an amount which shall be proven at trial.

## VIII. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against the Defendant for damages, as well as all costs of this action, and interest to the full extent of the law, whether arising under the common law and/or statutory law, including:

    a.    Judgment for Plaintiff and against Defendant;

    b.    Damages to compensate Plaintiff for her injuries and suffering sustained as a result of the use of the Defendants' power bank;

    c.    Pre- and post-judgment interest at the lawful rate;

    d.    A trial by jury on all issues of the case; and

    e.    For any other relief as this Court may deem equitable and just, or that may be available under the law of another forum to the extent the law of another forum is applied, including but not limited to all reliefs prayed for in this Complaint and in the foregoing Prayer for Relief.

## JURY TRIAL DEMANDED

Plaintiff demands that all issues of fact of this case be tried by a properly impaneled jury to the extent permitted under the law.

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 10

DIAMONDMASSONG, PLLC
1325 Fourth Avenue, Suite 1744
Seattle, WA 98101
206.445.1258 Phone ⬥ 206.445.1257 Fax

Respectfully submitted,

**DIAMOND MASSONG, PLLC**

**Dated this 27th of May, 2026.**

By: /s/ Maria S. Diamond
Maria S. Diamond, WSBA No. 13472
1325 Fourth Avenue, Suite 1744
Seattle, WA 98101
(206) 445-1258
maria@diamondmassong.com

*In association with:*

**JOHNSON BECKER, PLLC**

*/s/* Adam J. Kress
Adam J. Kress, Esq., MN ID #0397289
*Pro Hac Vice application forthcoming*
Zack S. Kaylor, Esq., MN ID # 0400854
*Pro Hac Vice application forthcoming*
Anna R. Rick, Esq., MN ID #0401065
*Pro Hac Vice application forthcoming*
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800

COMPLAINT FOR DAMAGES AND DEMAND FOR
JURY TRIAL - 11